IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRA MONACO, on behalf of herself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff <br><br> v. <br><br> NORTHWEST PAIN MANAGEMENT CENTER, LTD, LAURA A. CRANE, INDIVIDUALLY AND NICOLE GIACOPOLI, INDIVIDUALLY, CHERNE CHIROPRATIC AND GREGORY CHERNE, INDIVIDUALLY <br><br> Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

№. 17 cv 1859

Honorable Judge Feinerman

Magistrate Judge Finnegan

*JURY DEMAND*

### STIPULATION TO DISMISS

Plaintiff, Alexandra Monaco, by her attorney, Defendant Northwest Pain Management Center, LTD., Laura A. Crane and Nicole Giacopoli, by its attorneys and Cherene Chiropractic, and Gregory Cherne, *pro se* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss this action in its entirety *without* prejudice and without costs or attorneys' fees pursuant to settlement, except as otherwise provided for by the Parties' agreement.  On October 5, 2017, absent a motion by any party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Date:  September 12, 2017

Respectfully Submitted,

*/s/John W. Billhorn   (9/12/17)*
John W. Billhorn
Attorney for Plaintiff

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604

1

*/s/ Lance Ziebell (by permission 9/12/17)*
Lance Ziebell
**Attorney For Defendant Northwest Pain**
**Management, Laura Crane and Nicole Giacopoli**

Levelle Law, LTD.
501 West Colfax St.
Palatine, IL 60067

*/s/ Gregory Cherne (by permission 9/12/17)*
Gregory Cherne
On behalf of Defendant Cherne Chiropractic and
Gregory Cherne

309 Altamont St.
Hutto, TX 78634.