# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alexandra Monaco

                                                    Plaintiff,

v.                                                                             Case No.:
                                                                            1:17−cv−01859

                                                                            Honorable Gary Feinerman

Northwest Pain Management Center, LTD, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 13, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. The parties have filed a stipulation of dismissal [18], the terms of which are set forth therein. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.